IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 4:98CV143 |
| | ) | (Financial Litigation Unit) |
| MICHAEL R. MCKINNEY and | ) | |
| ANNETTE GAY MCKINNEY, | ) | |
| aka/ANNETTE G. PHILLIPS, | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| GULF STATE PAPER CORPORATION, | ) | |
| RESOLUTION PACKAGING, | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Writ of Garnishment filed in this case on December 7, 2004, against the

defendant Annette Gay McKinney, aka/Annette G. Phillips is DISMISSED.

**Signed: January 13, 2006**

Dennis L. Howell
United States Magistrate Judge